

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00285-CV

_____

IN RE SALMAN ALI, Relator

_____

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 23-4984-481

_____

Before Walker, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of habeas corpus and is of the opinion that relief should be denied. The trial court heard conflicting evidence regarding relator's purported inability to pay; relator failed to persuade the trial court. *See Ex parte Dabau*, 732 S.W.2d 773, 777 (Tex. App.—Amarillo 1987, orig. proceeding). The trial court is the factfinder, and it is its responsibility to weigh the evidence and judge the witnesses' credibility. *Ex Parte Roosth*, No. B14-93-01037-CV, 1994 WL 2012, at *3 (Tex. App.—Houston [14th Dist.] Jan. 6, 1994, orig. proceeding) (not designated for publication). Accordingly, relator's petition for writ of habeas corpus is denied.

Having denied relator's petition for writ of habeas corpus, we vacate the portion of our May 7, 2026 order providing for his discharge on the execution and filing of a bond in the amount of $100,000.

Per Curiam

Delivered: May 20, 2026